HEWITT BOICE, Respondent, *v.* THE MUNICIPAL TELEGRAPH AND STOCK COMPANY, Appellant.

*Boice* v. *Municipal Telegraph & Stock Co.*, 117 App. Div. 914, affirmed. (Argued April 10, 1908; decided April 24, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 22, 1907, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover certain sums of money paid as margins on the purchase and sale of certain shares of stock.

*D. Cady Herrick* and *John A. Delehanty* for appellant.

*John G. Van Etten* and *John A. Stephens* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.